**Milagros ORTIZ, Plaintiff–Appellant,**

v.

**Detective Victor HENRIQUEZ, Police Officer "John Doe," The New York City Police Dept. and the City of New York, Defendants–Appellees.**

**Docket No. 01–9191.**

United States Court of Appeals, Second Circuit.

Aug. 13, 2002.

Fred R. Profeta, Jr., Profeta & Eisenstein, New York, NY, for appellant.

Helen P. Brown, Assistant Corporation Counsel, New York, NY; Michael A. Car-

dozo, Kristin M. Helmers, Jennifer Rossan, on the brief, for appellees.

PRESENT: JACOBS, CABRANES, and F.I. PARKER, Circuit Judges.

### *SUMMARY ORDER*

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be and it hereby is **AFFIRMED.**

Milagros Ortiz, appeals from an order of the United States District Court for the Southern District of New York (Duffy, *J.*) granting summary judgment for the defendants. Ortiz only preserves her claim against the arresting officer. The district court ruled that the arresting officer was entitled to qualified immunity because his conduct was "objectively reasonable." We affirm for substantially the reasons stated by the district court. *See Ortiz v. Henriquez, et al.,* 99 Civ. 3268 (S.D.N.Y. Sept. 7, 2001).